UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

-vs-                                                     Case No. 6:06-cv-1102-Orl-18KRS

DAVID RUETZ,
SCOTT SLAYBACK,
BONNIE L. HALES,
CITIMORTGAGE, INC.,
          Defendants.

___

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (Doc. No. 48) |
| FILED: | May 29, 2007 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

Defendant David Ruetz filed a Notice of Appeal on May 25, 2007, doc. no. 47, seeking review of the Court's Order, doc. no. 46, denying his motion to dismiss, doc. no. 44. Thereafter, Ruetz filed the present motion seeking to proceed *in forma pauperis* on appeal.

Pursuant to 28 U.S.C. § 1915(e), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Additionally, an application to appeal *in forma pauperis* may be denied "if it appears – objectively – that the appeal cannot succeed as a matter